**FILED**

FEB 2 1 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Octavia Wells,  )
  )
         Plaintiff,  )
  )
    v.  )  Civil Action No. *14-280*
  )
Eric Holder,  )
  )
         Defendant.  )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of the plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The plaintiff is a resident of Washington, D.C. who has named Eric Holder as the defendant to this action. The plaintiff lists this courthouse as the defendant's address. The one-

1

page complaint consists of a demand for a jury trial and for relief in the form of "Impeachment & replacement[,] Canidate(s) [sic] Octavia Wells and/or Barack Obama." In addition, the complaint contains the following inexplicable statement: "Supplying Mexican Drug Cartel & distribution of illegal drugs keep my people off illegal drugs," and the plaintiff's offer to "accept his Salary & Commissions as pay ASAP!" The complaint fails to provide any notice of a claim or basis for federal court jurisdiction. Hence, this case will be dismissed.[1]

United States District Judge

Date: January 15, 2014

---

[1]  A separate Order accompanies this Memorandum Opinion.